Hyrum M. Zeyer    ISB No. 8436
Peterson Zeyer Law
1215 W. Hays Street
Boise, Idaho 83702
Telephone:    (208) 433-9882
Facsimile:    (208) 433-9886
E-mail:    Hyrum@PetersonZeyerLaw.com
Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| In re: | CHAPTER 13 |
|---|---|
| RICHARD TED TRUDELL<br>MELISSA LEE TRUDELL<br><br>Debtor. | Case No. 18-00999 JMM |

**Notice of Debtor's Amended Motion to Modify the Plan and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one [21] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

### AMENDED MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN

NOW COMES the Debtors and pursuant to 11 U.S.C. § 1329 moves this Court for an order modifying their confirmed plan to cure a post-petition arrearage of $6,440.00 through the end of August 2021. The Debtors own and operates a construction company. The COVID pandemic caused a slowdown in jobs available as well as a delay in

obtaining construction materials which directly affected the Debtors income and ability to pay their bankruptcy payment. The Debtors proposed to pay an additional $280.00 a month to cure the arrearage. In support of this motion, the Debtors states as follows:

1. The Debtors filed this chapter 13 on July 31, 2018, and their amended chapter 13 plan was confirmed on January 30, 2019.

2. The Debtors monthly plan payment is $1,300.00. They are in the thirty-eighth month of their plan and have nineteen months remaining.

3. Debtors proposed to pay $280.00 a month in addition to their monthly plan payment of $1,300.00 for the remaining nineteen months of their plan to cure their plan arrears.

4. The Debtors anticipate resuming these bankruptcy payments September 30, 2021.

5. The Debtors are experiencing a pick up in jobs and are able to obtain materials to complete jobs, which is increasing their income and ability to pay their bankruptcy payment going forward.

6. Debtors contend that this proposed modification is feasible, is permissible under 11. U.S.C. § 1329(a)(1), and meets the remaining requirements of 11 U.S.C. § 1329(b)(1).

7. Debtors give notice to unsecured creditors that this proposed modification does negatively impact unsecured creidtors under the terms of the confirmed chapter 13 plan because it results in a delay in payments.

8. The Debtors do not propose to modify any other term of their confirmed chapter 13 plan.

WHEREFORE, the Debtors respectfully requestd that their confirmed plan be modified to allow them to pay $280.00 per month, starting September 2021, in addition to their normal monthly bankruptcy payment for the remaining term their plan.

DATED:       August 20, 2021

SIGNED:      PETERSON ZEYER LAW
             */s/ Hyrum Zeyer*
             Hyrum Zeyer, Attorney for the Debtors

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kathleen A. McCallister, Ch. 13 Trustee

US Trustee

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

   SEE THE MATRIX ATTACHED HERETO

**SIGNED:**    PETERSON ZEYER LAW
              /s/ Hyrum Zeyer
              Hyrum M. Zeyer, Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0976-1<br>Case 18-00999-JMM<br>District of Idaho<br>Boise<br>Fri Aug 20 12:54:31 MDT 2021 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Eclipse Financial<br>c/o Foley Freeman, PLLC<br>PO Box 10<br>Meridian, ID 83680-0010 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | ~~Boise~~<br>~~U.S. Bankruptcy Court, Suite 400~~<br>~~550 West Fort Street~~<br>~~Boise, ID 83724-0101~~ | AAMS<br>4800 Mills Civic Parkway<br>Suite 202<br>West Des Moines, IA 50265-5265 |
| Adams London    Weiss LLC<br>P.O. Box 37428<br>Houston, TX 77237-7428 | (p)ADVANTAGE FINANCIAL SERVICES LLC<br>2710 W SUNRISE RIM RD SUITE 150<br>BOISE ID 83705-4140 | Advantage Spine    Disc<br>2031 E Hospitality Ln<br>Boise, ID 83716-6603 |
| Alliance Construction. Plus LP<br>13677 W Rochester Street<br>Boise, ID 83713-1923 | Boise Anesthesia PA<br>PO Box 24686<br>Seattle, WA 98124-0686 | Bonneville Billing    Collect<br>POB 191053<br>Boise, ID 83719-1053 |
| Capital One<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | ~~Capital One~~<br>~~POB 30281~~<br>~~Salt Lake City, UT 84130-0281~~ | Capital One Auto Finance<br>POB 260848<br>Plano, TX 75026-0848 |
| ~~Capital One Auto Finance, a division of Capi~~<br>~~AIS Portfolio Services, LP~~<br>~~4515 N Santa Fe Ave. Dept. APS~~<br>~~Oklahoma City, OK 73118-7901~~ | ~~Capital One Auto Finance, division of Capita~~<br>~~AIS Portfolio Services, LP~~<br>~~Account: 0094~~<br>~~4515 N Santa Fe Ave. Dept. APS~~<br>~~Oklahoma City, OK 73118-7901~~ | Century Link<br>POB 91155<br>Seattle, WA 98111-9255 |
| Convergent Outsourcing<br>POB 9004<br>Renton, WA 98057-9004 | Credit Assoc. LLC<br>PO Box 358 NE Marshall #2<br>Bend, OR 97701 | Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Credit One Bank<br>POB 98872<br>Las Vegas, NV 89193-8872 | Eclipse Financial<br>9640 W. Fairview Ave<br>Boise, ID 83704-8105 | Gem State Radiology<br>PO Box 9649<br>Boise, ID 83707-4649 |
| Gottschalks<br>PO Box 60147<br>City of Industry, CA 91716-0147 | Hero Business Svs<br>POB 71098<br>Boise, ID 83705-3464 | Household Bank<br>POB 60102<br>City Of Industry, CA 91716-0102 |
| ~~Internal Revenue Department~~<br>~~550 W. Fort Street STE300~~<br>~~Boise, ID 83724-0105~~ | Internal Revenue Department<br>Centralized Insolvency Opera<br>P.O. Box 7436<br>Philadelphia, PA 19101-7436 | John Robert Crawford<br>4055 Royal Ave #29<br>Eugene, OR 97402-6829 |

| | | |
|---|---|---|
| Kevin    Shauna Soria<br>2626 E Margate Court<br>Eagle, ID 83616-6682 | LTD Financial Services<br>7322 SW Freeway<br>Ste 1600<br>Houston, TX 77074-2134 | McMahan's Furniture<br>PO Box 494040<br>Redding, CA 96049-4040 |
| Merchantile Adjustment Burea<br>PO Box 9016<br>Buffalo, NY 14231-9016 | Michael B McCord<br>65 NW Greeley<br>Bend, OR 97703-2911 | NCO Finance Systems<br>507 Prudential Rd.<br>Horsham, PA 19044-2308 |
| NPAS Inc<br>POB 99400<br>Louisville, KY 40269-0400 | NPAS Inc.<br>PO Box 99008<br>Bedford, TX 76095-9108 | Noah D Chamberlain<br>Access the Law<br>245 W. 13th Ave<br>Eugene, OR 97401-3401 |
| Northstar Location Services<br>4285 Genesee Street<br>Buffalo, NY 14225-1943 | Orchard Bank<br>POB 60102<br>City Of Industry, CA 91716-0102 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| ST. ALPHONSUS R.M.C.  BOISE<br>SARMC / TRINITY HEALTH<br>P.O. BOX 190930<br>BOISE, ID 83719-0930 | Sheila Sohn   Carolyn Schmid<br>18670 Tumalo Reservior<br>Bend, OR 97703-9153 | Social Security Adminstation<br>Western Program SVC Center<br>P.O. Box 2000<br>Richmond, CA 94802-1791 |
| (p)SOURCE RECEIVABLES MANAGEMENT<br>PO BOX 4068<br>GREENSBORO NC 27404-4068 | Sprint<br>POB 5491023<br>Los Angeles, CA 90054-1023 | St Alphonsus Medical Group<br>3340 E Goldstone Dr<br>Meridian, ID 83642-1026 |
| ~~St Alphonsus RMC~~<br>~~POB 99400~~<br>~~Louisville, KY 40269-0400~~ | State Tax Commission<br>POB 36<br>Boise, ID 83722-0036 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Tiffany Hales<br>Brian Webb Legal<br>839 E. Winding Cr Dr Ste 102<br>Eagle, ID 83616-7236 | Transworld Systems<br>33400 8th Ave S<br>Suite 100<br>Federal Way, WA 98003-2603 | Treasure Valley Auto Loans<br>8700 W. Fairview Ave<br>Boise, ID 83704-8207 |
| ~~Trudell Construction. Inc.~~<br>~~P.O. Box 2021~~<br>~~Payette, ID 83661~~ | ~~US Trustee~~<br>~~Washington Group Central Plaza~~<br>~~720 Park Blvd, Ste 220~~<br>~~Boise, ID 83712-7785~~ | ~~Hyrum M Zeyer~~<br>~~Peterson Zeyer Law~~<br>~~1215 W. Hays~~<br>~~Boise, ID 83702-5316~~ |
| ~~Kathleen A. McCallister~~<br>~~POB 1150~~<br>~~Meridian, ID 83680-1150~~ | ~~Melissa Lee Trudell~~<br>~~2187 E Poppy Hills Street~~<br>~~Eagle, ID 83616-5469~~ | ~~Richard Ted Trudell~~<br>~~2187 E Poppy Hills Street~~<br>~~Eagle, ID 83616-5469~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advantage Financial
10 S Cole Rd
Boise, ID 83709

Pacific Power
1033 NE 6th Ave
Portland, OR 97256-0001

Source Receivable Management
4615 Dundas Drive
Suite 102
Greensboro, NC 27407

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)NPAS Inc.
PO BOx 99400
Louisville, KY 40269-0400

End of Label Matrix
Mailable recipients    59
Bypassed recipients     1
Total                  60