Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE: | CASE NO. 18-00999-JMM |
|---|---|
| RICHARD TED TRUDELL<br>MELISSA LEE TRUDELL,<br><br>Debtor(s). | CHAPTER 13 |

### TRUSTEE'S RESPONSE TO DEBTOR(S)'
### PROPOSED MODIFICATION OF CHAPTER 13 PLAN

The Debtor(s)' Proposed Modification of Chapter 13 Plan (docket #52) is:
☐ set for hearing on _____.
☒ set for negative notice, objections due by September 13, 2021.

1. Relevant case information:

| A. | Date case filed | July 31, 2018 |
|---|---|---|
| B. | Total needed to complete plan * | 100% of allowed claims |
| C. | Total paid in | $40,490 |
| D. | Balance due to date | $46,930 |
| E. | Monthly payments | $1,300 |
| F. | Approximate percentage to unsecured creditors | 100% |
| G. | Months left to complete plan | 24 |
| H. | Current Default | $6,440 |

*Figures contained herein are not payoff figures and may not include tax refunds which are required to be paid into the plan in addition to monthly plan payments. A payoff letter must be requested in writing from the Trustee's office.

2. The proposed modification results in the following:
   ☐ Reduction of payment from $_____ per month to $_____ per month
   ☐ Reduction in percentage to unsecured claimants from __ to __.
   ☐ Increase in length of plan term from __ to __ months.
   ☒ Other changes: Cure current default at the rate of an additional $280 per month.

3. Reason for proposed modification: Material default in regards to a term of the confirmed Chapter 13 plan due to Debtors' failure to make their monthly plan payments.

4. Trustee's recommendation:
   A. ☐ The Trustee has no objection to the proposed modification.
   B. ☒ The Trustee objects to the proposed modification for the following reasons:
      ☒ The proposed modification is not feasible. No amended schedules filed.
      ☐ The proposed modification will not complete within 60 months [11 USC § 1325(a)(4)].
      ☐ The proposed modification fails to meet the liquidation value [11 USC § 1325(a)(4)].
      ☐ The proposed modification fails to provide for all the Debtor(s)' disposable income [11USC § 1325(b)(1)] based on income higher and, as a result, the Debtor(s) has/have failed to file a Chapter 13 Plan in good faith [11 USC § 1325(a)].
      ☒ The Debtor(s) has/have failed to cooperate with the Trustee [11 USC § 521(a)(3) & (4)] as the following document(s) was/were not provided:

5. Trustee's Notes: Debtors filed this amended motion to modify their confirmed plan on August 20, 2021 to address a default in payments of $6440. The Notice and motion incorrectly refer to this as an amended motion. It appears to be the only Motion to Modify the plan filed in this case. Debtors are in a 60-month plan that provides for payments of $1300 a month until all creditors are paid in full. No payments have posted since April 20, 2021. Debtors' vehicle continues to depreciate while no payments are being made on the claim.

The Debtors' motion incorrectly states they are in the 38th month of the plan with 19 months remaining. Trustee contended that at the time they were in the 37th month of their plan with 23 months remaining. Currently they are in month 38.

Debtors contend that they will commence making payments on September 30, 2021 or 51 days after the motion was filed but fail to document an ability to make the increased payments or the increased amount of the payments. Trustee cannot address if the proposal is feasible or intended to just buy time before the case is dismissed. Furthermore, a motion to extend the plan may have been appropriate since Debtors' case was confirmed prior to the pandemic but no such request was filed.

Finally, Trustee notes that Debtors cannot cure a default of $6440 at the rate of $280 per month over 19 months although if payments were to commence in September 2021 it would complete in 60 months if they make 23 payments of $1580 per month.

WHEREFORE, the Trustee objects to the Debtor(s) Motion to Modify the Confirmed Plan subject to Debtors demonstrating an ability to make the increased plan payments they have proposed. Further Trustee contends that default provisions are appropriate in this matter since no payments have been received for over four months.

DATED: September 13, 2021

/s/ Kathleen McCallister
Kathleen McCallister, Trustee

# CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on September 13, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Hyrum Mason Zeyer
Attorney at Law
hyrum@petersonzeyerlaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**Melissa Lee Trudell**
**Richard Ted Trudell**
**2187 E Poppy Hills Street**
**Eagle, ID 83616**


                                                                                         /s/ Kathleen McCallister
                                                                                        Kathleen McCallister, Trustee