Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>RICHARD TED TRUDELL, and<br>MELISSA LEE TRUDELL,<br>                        Debtors. | Case No. 18-00999-JMM<br><br>Chapter 13 |

### STIPULATION TO CURE PLAN DEFAULT AND RESOLVE DEBTORS' MOTION TO MODIFY THE CONFIRMED PLAN

      COMES NOW Kathleen A. McCallister, standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, on one side and Debtors, Richard and Melissa Trudell, by and through their attorney, Hyrum Zeyer, of Peterson Zeyer Law, on the other side and hereby stipulate as follows:

### RECITALS

    **1.**    Currently pending before this Court is the Trustee's Motion to Dismiss ("Trustee's Motion"), filed as Docket No. 49 on August 4, 2021. In her motion, the trustee seeks dismissal of the case due to, as of the time the Trustee's Motion was filed, Debtors having a plan default of $5,140. Debtors have filed an objection to the Trustee's Motion. Docket No. 51.

    **2.**    On August 20, 2021, Debtors filed their Amended Motion to Modify Debtor's [sic] Chapter 13 Plan ("Debtors' Motion), filed as Docket No. 52. In their motion, Debtors

propose to cure their plan default by paying a $280 cure payment each month through the remaining term of their plan.

3. At the end of August 2021, Debtors had a plan default of $6,440.00.

4. During the month of September, Debtors made a regular monthly plan payment or $1,300, plus an additional $280 as proposed in Debtors' Motion. Through the month of September, Debtors' plan default is $6,160.00.

5. The parties have hereby elected to resolve competing motions by way of the agreement reached herein.

## STIPULATION

Subject to Court Approval, the parties hereby stipulate as follows:

6. That Debtors' Motion may be approved as follows: beginning with the payment due in October 2021, and in addition to their regular monthly plan payments, Debtors will pay an additional $280.00 per month (a "Cure Payment"), each month until paid in full. Said Cure Payment shall be in addition to Debtors' regular monthly plan payments.

7. That at any point during the remaining term of Debtors' plan, if the default in Debtors' monthly plan payment subsequently achieves the amount of $2,600.00 or higher, the Court may dismiss the case without further notice to Debtors upon the submission of a proposed order by the trustee.

8. That upon approval of this Stipulation, Trustee's Motion will be deemed moot.

9. All other terms of Debtors' confirmed plan shall remain in force and effect.

10. The Court may enter the proposed order attached hereto as **Exhibit A**.

[signatures next page]

| | |
|---|---|
| Dated: October 4, 2021. | OFFICE OF KATHLEEN A. McCALLISTER, CHAPTER 13 TRUSTEE |
| | By: /s/ Jeffrey P. Kaufman<br>Jeffrey P. Kaufman,<br>Attorney for Trustee |
| Dated: September 30, 2021. | PETERSON ZEYER LAW |
| | By: /s/ Hyrum Zeyer<br>Hyrum Zeyer, of the firm<br>Attorneys for Debtor |
| Dated: September 30, 2021. | /s/ Richard Ted Trudell<br>Richard Ted Trudell, Debtor |
| Dated: September 30, 2021. | /s/ Melissa Lee Trudell<br>Melissa Lee Trudell, Debtor |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Hyrum Zeyer, for the Debtors
hyrum@petersonzeyerlaw.com

AND I FUTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Richard Ted Trudell
Melissa Lee Trudell
2187 E. Poppy Hills St.
Eagle, ID  83616

                                                                                                   s/ Jeffrey P. Kaufman
                                                                                                        Jeffrey P. Kaufman

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In re:
RICHARD TED TRUDELL, and
MELISSA LEE TRUDELL,
              Debtors.

Case No. 18-00999-JMM

Chapter 13

**ORDER APPROVING STIPULATION TO CURE PLAN DEFAULT AND RESOLVE DEBTORS' MOTION TO MODIFY THE CONFIRMED PLAN**

THIS MATTER having come before the court by way of the Stipulation to Cure Plan Default and Resolve Debtors' Motion to Modify the Confirmed Plan between Kathleen A. McCallister, Chapter 13 Trustee, and Debtors, Richard and Melissa Trudell, filed as Docket No. [    ], to resolve Trustee's Motion to Dismiss, filed as Docket No. 49, and Amended Motion to Modify Debtor's [sic] Confirmed Plan, filed as Docket No. 52, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that the Stipulation to Cure Plan Default and Resolve Debtors' Motion to Modify the Confirmed Plan is APPROVED. In accordance with the Stipulation, and to cure Debtors' $6,160.00 plan default, Debtors' plan is modified as follows: beginning with the payment due in October 2021, and in addition to their regular monthly plan payments, Debtors will pay an additional $280.00 per month (a "Cure Payment"), each month until the plan default is paid in full. Said Cure Payment shall be in addition to Debtors' regular monthly plan payments.

IT IS HEREBY FURTHER ORDERED that at any point during the remaining term of Debtors' plan, if the default in Debtors' monthly plan payment subsequently achieves the amount

**Exhibit A**

of $2,600.00 or higher, the Court may dismiss the case without further notice to Debtors upon the submission of a proposed order by the trustee.

    IT IS HEREBY FURTHER ORDERED that the modifications herein ordered renders the Trustee's Motion to Dismiss, Docket No. 49, moot and the trustee's motion is deemed resolved.

    IT IS HEREBY FURTHER ORDERED that all other terms of Debtors' confirmed plan shall remain in force and effect. //end of text//

Submitted by Jeffrey P. Kaufman, Attorney for Kathleen A. McCallister, Chapter 13 Trustee

Approved as to form and content by:

_____

Hyrum Zeyer, Attorney for Debtors