# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

In re:

RICHARD TED TRUDELL, and
MELISSA LEE TRUDELL,
               Debtors.

Case No. 18-00999-JMM

Chapter 13

## ORDER APPROVING STIPULATION TO CURE PLAN DEFAULT AND RESOLVE DEBTORS' MOTION TO MODIFY THE CONFIRMED PLAN

THIS MATTER having come before the court by way of the Stipulation to Cure Plan Default and Resolve Debtors' Motion to Modify the Confirmed Plan between Kathleen A. McCallister, Chapter 13 Trustee, and Debtors, Richard and Melissa Trudell, filed as Docket No. 59, to resolve Trustee's Motion to Dismiss, filed as Docket No. 49, and Amended Motion to Modify Debtor's [sic] Confirmed Plan, filed as Docket No. 52, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that the Stipulation to Cure Plan Default and Resolve Debtors' Motion to Modify the Confirmed Plan is APPROVED.  In accordance with the Stipulation, and to cure Debtors' $6,160.00 plan default, Debtors' plan is modified as follows: beginning with the payment due in October 2021, and in addition to their regular monthly plan payments, Debtors will pay an additional $280.00 per month (a "Cure Payment"), each month until the plan default is paid in full.  Said Cure Payment shall be in addition to Debtors' regular monthly plan payments.

IT IS HEREBY FURTHER ORDERED that at any point during the remaining term of Debtors' plan, if the default in Debtors' monthly plan payments *due October 2021 or thereafter* subsequently achieves the amount of $2,600.00 or higher, the Court may dismiss the case without further notice to Debtors upon the submission of a proposed order by the trustee.

IT IS HEREBY FURTHER ORDERED that the modifications herein ordered renders the Trustee's Motion to Dismiss, Docket No. 49, moot and the trustee's motion is deemed resolved.

IT IS HEREBY FURTHER ORDERED that all other terms of Debtors' confirmed plan shall remain in force and effect.



DATED:  October 14, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court added the language contained in **_bold italics_** to clarify that the dismissal without hearing is related to the cumulative total of subsequent defaults in any payments required hereunder, which includes subsequent monthly plan payments and cure payments of $280.00 and it is not calculated based on the existing default of $6,160.

Submitted by Jeffrey P. Kaufman, Attorney for Kathleen A. McCallister, Chapter 13 Trustee

Approved as to form and content by:

_/s/ Hyrum Zeyer_
Hyrum Zeyer, Attorney for Debtors