# Notice Recipients

District/Off: 0976−1           User: admin                    Date Created: 10/14/2021
Case: 18−00999−JMM             Form ID: pdf040                Total: 11

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee               ustp.region18.bs.ecf@usdoj.gov
tr      Kathleen A. McCallister  kam@kam13trustee.com
aty     Hyrum M Zeyer            hyrum@petersonzeyerlaw.com
aty     Jeffrey Philip Kaufman   jpk@kam13trustee.com
aty     Kathleen A. McCallister  kam@kam13trustee.com
aty     Patrick John Geile       pgeile@foleyfreeman.com
```
                                                                              TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Richard Ted Trudell      2187 E Poppy Hills Street    Eagle, ID 83616
jdb     Melissa Lee Trudell      2187 E Poppy Hills Street    Eagle, ID 83616
cr      PRA Receivables Management, LLC     PO Box 41021      Norfolk, VA 23541
cr      Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP     4515 N Santa Fe Ave.
        Dept. APS       Oklahoma City, OK 73118
cr      Eclipse Financial        c/o Foley Freeman, PLLC      PO Box 10      Meridian, ID 83680
```
                                                                              TOTAL: 5